UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81576-CIV-CANNON

VPR BRANDS, LP,

     Plaintiff,

v.

SHENZHEN WEIBOLI TECHNOLOGY
CO. LTD. et al.,

     Defendants.

_____/

## ORDER SCHEDULING HEARING ON
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Preliminary Injunction, filed on October 14, 2022 [ECF No. 5].  A hearing on Plaintiff's Motion will be held on November 18, 2022, at 10:00 A.M. via the Zoom platform.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. A hearing on Plaintiff's Motion for Preliminary Injunction [ECF No. 5] is scheduled for **November 18, 2022, at 10:00 A.M**. via the Zoom platform.  The Zoom link and information will be emailed to all parties of record.

2. **Prior to the hearing, Plaintiff shall take all reasonable steps to serve Defendants and notify them of the hearing.**

3. On or before November 15, 2022, Plaintiff shall file a status report with the Court detailing any efforts taken to effectuate service on Defendants and provide notice of the hearing.

CASE NO. 22-81576-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 17th day of October 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2