UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| VPR BRANDS, LP, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>SHENZHEN WEIBOLI TECHNOLOGY )<br>CO., LTD., YLSN DISTRIBUTION LLC, )<br>ECTO WORLD LLC, SAFA GOODS LLC, )<br>D&A DISTRIBUTION LLC, UNISHOW )<br>(U.S.A.), INC., SV3 LLC, and KINGDOM )<br>VAPOR INC., )<br>)<br>   Defendants. )<br>)  | Case No. 9:22-cv-81576 |

### DEFENDANTS' MOTION FOR JUDICIAL NOTICE

Defendants Shenzhen Weiboli Technology Co., Ltd. ("Weiboli"), YLSN Distribution LLC, ECTO World LLC, Safa Goods LLC, D&A Distribution LLC, Unishow (U.S.A.), Inc., SV3 LLC, and Kingdom Vapor Inc. (collectively, "Defendants"), respectfully request that this Court take judicial notice of certain publicly available documents (attached to the Declaration of Anna Stressenger filed in support of motion) in support of Defendants' Motion to Dismiss.

Federal Rule of Evidence 201 authorizes this Court to take judicial notice of documents that are "not subject to reasonable dispute because [they] can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." *Id*. at 201(b)(2). Fed. R. Evid. 201 permits this Court to take this notice "at any stage of the proceeding" either "on its own" or "if a party requests it and the court is supplied with the necessary information." *Id*. at 201(c)(2), (d).

Federal district courts regularly take judicial notice of public records available on FDA's website because such materials satisfy the requirements of Federal Rule of Evidence 201. *See, e.g.*, *Hernandez v. Aurobindo Pharma USA, Inc.*, 582 F. Supp. 3d 1192, 1200 (M.D. Fla. 2022) (collecting cases); *Leroy v. Medtronic, Inc.*, No. 3:14-cv-284, 2015 U.S. Dist. LEXIS 98902, at **12-14 (N.D. Fla. Feb. 12, 2015) (collecting cases).

The six documents, which have all been released to the public on FDA's website, include the following:

1. FDA, Premarket Tobacco Product Marketing Granted Orders.[1]

2. FDA, Guidance for Industry, Enforcement Priorities for Electronic Nicotine Delivery Systems (ENDS) and Other Deemed Products on the Market Without Premarket Authorization (Revised) (Apr. 2020).[2]

3. FDA, Press Release, *FDA Finalizes Enforcement Policy on Unauthorized Flavored Cartridge-Based E-Cigarettes that Appeal to Children, Including Fruit and Mint* (Jan 2, 2020).[3]

4. FDA, *Submit Tobacco Product Applications for Deemed Tobacco Products: Resources for Applicants Required to Submit by September 9, 2020.*[4]

5. April 27, 2020 Warning Letter from FDA to EightCig, LLC d/b/a EightCig Distribution.[5]

6. April 27, 2020 Warning Letter from FDA to Shenzhen Uwell Technology Co., Ltd. d/b/a DTD Distribution Inc.[6]

As explained in the attached Declaration of Anna Stressenger, which is marked as <u>Exhibit A</u> hereto, the above documents have been downloaded from the publicly available links included

---

[1] Available at, https://www.fda.gov/tobacco-products/premarket-tobacco-product-applications/premarket-tobacco-product-marketing-granted-orders.
[2] Available at, https://www.fda.gov/media/133880/download.
[3] Available at, https://tinyurl.com/fhu6syv2.
[4] Available at, https://tinyurl.com/3j6kh7bn.
[5] Available at, https://tinyurl.com/46f3fpj2.
[6] Available at, https://tinyurl.com/yc3m62rw.

in footnotes 1-6, below, and true and correct copies are attached hereto as Attachments A through F to Ms. Stressenger's Declaration.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court take judicial notice of the above-listed documents.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel certifies, pursuant to Local Rule 7.1(a)(3), that counsel has made reasonable efforts to confer in writing with all parties and non-parties who may be affected by the relief sought in this motion but has been unable to do so. Specifically, counsel Eric N. Heyer sent an email to Plaintiff's counsel, Joel Rothman at joel@sriplaw.com, on November 15, 2022, at 1:48pm EST requesting that Plaintiff's counsel indicate whether Plaintiff would consent to, or at least not oppose, a request for judicial notice of the documents which are the subject of this motion, for the purposes of both the November 18, 2022 hearing on Plaintiff's motion for preliminary injunction and Defendants' planned motion to dismiss. Mr. Heyer included the names of the documents and their respective website links, just as they are included in this Motion. Mr. Heyer offered to set up a call should Mr. Rothman like to discuss. As of the date of this Motion, Plaintiff's counsel has not responded to the email.

Dated: November 16, 2022.                Respectfully Submitted,

                                         By: */s/ Tucker Motta*
                                         Tucker C. Motta, Esq.
                                         Fla. Bar No. 112659
                                         MCDOWELL HETHERINGTON LLP
                                         2385 N.W. Executive Center Drive, Ste. 400
                                         Boca Raton, FL 33231
                                         Phone: (561) 994-4311
                                         Fax: (561) 982-8985
                                         tucker.motta@mhllp.com

3

Eric N. Heyer (admitted *pro hac vice*)
Carrie A. Shufflebarger (admitted *pro hac vice*)
Meixuan (Michelle) Li (admitted *pro hac vice*)
Anna Stressenger (admitted *pro hac vice*)
Krupa A. Patel (admitted *pro hac vice*)
THOMPSON HINE LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
Phone: 202.331.8800
Fax: 202.331.8330
eric.heyer@thompsonhine.com
carrie.shufflebarger@thompsonhine.com
michelle.li@thompsonhine.com
anna.stressenger@thompsonhine.com
krupa.patel@thompsonhine.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Joel B. Rothman, Esq.
SRIPLAW, P.A.
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
joel.rothman@sriplaw.com
*Counsel for Plaintiff*

*/s/Tucker C. Motta*
Tucker C. Motta

4