UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-CV-81576

VPR BRANDS, LP,

        Plaintiff,

v.

SHENZHEN WEIBOLI TECHNOLOGY CO.
LTD. (ELF BAR), YLSN DISTRIBUTION
LLC, ECTO WORLD LLC, SAFA GOODS
LLC, D&A DISTRIBUTION LLC,
UNISHOW (U.S.A.), INC., SV3 LLC, AND
KINGDOM VAPOR INC.,

        Defendants.

_____

### DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26, Defendants respectfully request that the Court enters the Proposed Protective Order included with this Motion. *See Benzion v. Vivint, Inc.*, No. 12-61826-CV-ZLOCH/HUNT, 2013 U.S. Dist. LEXIS 191054 (S.D. Fla. Sept. 9, 2013) (granting a similar two-tiered protective order). In support of this Motion, Defendants state as follows:

    1.    Plaintiff filed the Complaint on October 13, 2022, alleging, among other claims, Defendants' trademark and patent infringement. On October 14, 2022, Plaintiff filed a Motion for Preliminary Injunction where Plaintiff argued that no bond or a minimal bond would be necessary as surety if the Motion for Preliminary Injunction were granted. Defendants dispute the merits of Plaintiff's Complaint and requested relief.

    2.    The parties believe that some of the testimony that will be elicited at the hearing on Plaintiff's Motion for Preliminary Injunction and documents that will be used during that

proceeding or produced in discovery are proprietary in nature, or include information that should be governed by a Protective Order which allows production of the information and records in discovery, but limits their dissemination or use to third parties and the public unless the Court rules otherwise in relation to any particular information or document.

3. The Proposed Protective Order does not prohibit the use of the documents in discovery or trial; rather, it simply puts limits on public disclosure to those outside of the case.

4. The Proposed Protective Order sets out a detailed description of the procedures which control the dissemination of the documents, and which Defendants believe will aid and assist the parties in conducting discovery and minimize the Court's involvement related to the documents in the future.

WHEREFORE, Defendants request that the Court approves this Application for Approval of Protective Order, and that the Court approves and enters the Protective Order attached, together with all other relief the Court deems just and proper.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel certifies, pursuant to Local Rule 7.1(a)(3), that counsel has made reasonable efforts to confer in writing with all parties and non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion but has been unable to do so. Specifically, counsel Carrie A. Shufflebarger sent an email to Plaintiff's counsel, Joel Rothman at joel@sriplaw.com, on November 15, 2022 at 4:09 PM EST proposing entry of a joint proposed protective order in anticipation of the hearing scheduled for Friday, November 18, 2022. Attached to that email were drafts in Word format of a Joint Motion for Entry of a Protective Order, which was in an identical form to this Motion except for modifications to indicate that this motion is not submitted jointly; and a Proposed Agreed Protective Order, which

was in an identical form to the attached Proposed Protective Order except for modifications to indicate that the Proposed Protective Order was submitted by Defendants alone. Ms. Shufflebarger offered an opportunity at the close of her email for Plaintiff's counsel to propose revisions to the documents. As of the date of this Motion, Plaintiff's counsel has not responded to the email.

Dated: November 16, 2022

/s/ Tucker C. Motta
TUCKER C. MOTTA
Florida Bar Number: 112659
Tucker.Motta@mhllp.com

**MCDOWELL HETHERINGTON LLP**
2385 N.W. Executive Center Drive, Suite 400
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 – Fax

ERIC N. HEYER (admitted *pro hac vice*)
CARRIE A. SHUFFLEBARGER (admitted *pro hac vice*)
MICHELLE LI (admitted *pro hac vice*)
ANNA STRESSENGER (admitted *pro hac vice*)
KRUPA PATEL (admitted *pro hac vice*)
**THOMPSON HINE LLP**
1919 M Street, NW, Suite 700
Washington, DC 20036
Phone: 202.331.8800
Fax: 202.331.8330
Eric.Heyer@ThompsonHine.com
Carrie.Shufflebarger@ThompsonHine.com
Michelle.Li@ThompsonHine.com
Anna.Stressenger@ThompsonHine.com
Krupa.Patel@ThompsonHine.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that on November 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Tucker C. Motta

Tucker C. Motta