UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81576-CIV-CANNON

**VPR BRANDS, LP**,

      Plaintiff,
v.

**SHENZHEN WEIBOLI TECHNOLOGY
CO. LTD. et al.**,

      Defendants.
_____/

### ORDER DENYING DEFENDANTS' EXPEDITED MOTIONS TO STAY

**THIS CAUSE** comes before the Court upon Defendants' Expedited Motions to Stay, both filed on February 24, 2023 [ECF Nos. 88, 89]. The first Expedited Motion seeks a Stay Pending Appeal of the Court's Preliminary Injunction [ECF No. 88 (seeking stay of ECF No. 83)], and the second Expedited Motion seeks an expedited ruling on Defendants' Expedited Motion to Stay [ECF No. 89 (seeking expedited resolution of ECF No. 88)]. The Court has considered the Motions, Plaintiff's Response in Opposition to a Stay [ECF No. 90], Defendants' Reply [ECF Nos. 91], and is otherwise fully advised in the premises. Upon review, and in consideration of the stay factors set forth in *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987), and Rule 62(c) of the Federal Rules of Civil Procedure, the Court determines that Defendants have not satisfied their burden to demonstrate that the circumstances justify an exercise of the Court's discretion to issue a stay, *see generally Nken v. Holder*, 556 U.S. 418, 434 (2009).

The Court's preliminary injunction issued on February 23, 2023 [ECF No. 83], became effective on February 24, 2023, the date on which Plaintiff posted the required bond [ECF No. 86], triggering Defendants' compliance with the Order.

CASE NO. 22-81576-CIV-CANNON

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendants' Expedited Motion for Stay [ECF No. 88] is **DENIED**.

2. Defendants' Expedited Motion to Expedite Resolution of the Motion for Stay [ECF No. 89] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of February 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record