# Exhibit 11

**CONFIDENTIAL MEMORANDUM**

April 4, 2023

TO:   Mr. Joel Rothman, Esq.
      Principal

FR:   Stephen M. Smith, Esq.

RE:   **SUMMARY OF ELF INVESTIGATION: CONTROLLED PURCHASES**

This investigation commenced on March 21st, 2023 at the request of Mr. Joel Rothman, Esq. of SRIPLAW located in Boca Raton, Florida. The investigation was undertaken to determine whether defendants in the above listed matter have, at any time, maintained compliance with the preliminary injunction entered in the above matter at ECF 83.

This memorandum summarizes the results of several controlled purchases made at various "THE KING OF VAPE" (hereinafter "KOV") chain of stores on the west coast of Florida. KOV sell electronic cigarettes and related vaping and smoking products on-line as well as operate sixteen (16) retail stores on the west coast of Florida. KOV is a fictitious name registered with the Florida Division of Corporations to ORANGE WHOLESALE LLC. Based upon information and belief, Taher SHRITEH, a named defendant in the above titled action, is an agent for ORANGE WHOLESALE LLC.

The undersigned engaged the services of certain confidential informants to perform controlled purchases of electronic vaping cigarettes at several KOV locations. Based upon the close geographical proximity of certain KOV stores, the referenced confidential informants made controlled purchases at four (4) KOV stores located in the Fort Myers and Estero area on March 30th, 2023.

With the exception of controlled purchase #1, more specifically the eight (8) limited edition cotton candy flavored ELFBARS, all units purchased displayed ELFBAR BC5000 RECHARGEABLE DISPOSABLE POD 5000 PUFFS (hereinafter "ELFBAR"). The only variable being the flavor.

**CONTROLLED PURCHASE #1**

**MARCH 30, 2023 - 1734 hours**

1) On March 30th, 2023, at approximately 1730 hours, two confidential agents arrived at a KOV store located at 19970 South Tamiami Trail, Suite 108, Estero, Florida 33928. Upon entry to the store, agents approached KOV staff seeking to obtain ELFBAR products, namely GUMI flavored. KOV clerk directed agents to the black storage rack where ELFBAR products were placed for customers to view and select. Agents counted at least eleven (11) ELFBAR boxes of various flavors. Each box contained ten (10) smaller individual boxes, each of which contained an ELFBAR vape.

2)     Female agent then selected eight (8) LIMITED EDITION BLUE COTTON CANDY flavored ELFBARS and five (5) GUMI flavored ELFBARS for purchase. The ELFBARS were placed in a larger ELFBAR BC5000 LIMITED EDITION BLUE COTTON CANDY box and the KOV clerk and the agents proceeded the KOV register for checkout. Agents used a Mastercard ending in 9402 for purchase amount of Three Hundred Forty Six Dollars and Thirteen Cents ($346.13). At this time, agents exited the KOV store and proceeded back to the vehicle. Receipt, photos and video obtained by agents during the controlled purchase retained for evidentiary purposes and maintained in case file.



*Figure 1: Controlled Purchase #1 - Items*



*Figure 2: Controlled Purchase #1 - Receipt*

**CONTROLLED PURCHASE #2**

**MARCH 30, 2023 – 2008 hours**

3) On March 30th, 2023, at approximately 2008 hours, two confidential agents arrived a KOV store located at 3946 Cleveland Avenue, Unit C & D, Fort Myers, Florida 33901. Upon entry to the store, agents approached KOV staff seeking to obtain ELFBAR products. KOV clerk directed agents to the third cabinet where ELFBAR products were placed for customers to view and select.

4) Female agent then selected two (2) BLACK WINTER flavored ELFBARS and male agent selected one (1) BEACH DAY flavored ELFBAR, one (1) MANGO PEACH APRICOT flavored ELFBAR and one (1) LEMON MINT flavored ELFBAR for purchase. The agents proceeded to the KOV register for checkout. Agents used a Mastercard ending in 9402 for purchase amount of One Hundred Thirty-Three Dollars and Thirteen Cents ($133.13). At this time, agents exited the KOV store and proceeded back to the vehicle. Receipt, photos and video obtained by agents during the controlled purchase retained for evidentiary purposes and maintained in case file.


*Figure 3: Controlled Purchase #2 - Items*


*Figure 4: Controlled Purchase #2 - Receipt*

**CONTROLLED PURCHASE #3**

**MARCH 30, 2023 – 2025 hours**

5) On March 30th, 2023, at approximately 2025 hours, two confidential agents arrived a KOV store located at 16970 S Tamiami Trail, Unit 2, Fort Myers, Florida 33908. Upon entry to the store, agents approached KOV staff seeking to obtain ELFBAR products.

6) Female agent then selected one (1) ENERGY flavored ELFBAR and two (2) CRANBERRY PUNCH flavored ELFBARS. Male agent selected one (1) PINEAPPLE COCONUT ICE flavored ELFBAR and one (1) WATERMELON JOLLY CANDY ICE flavored ELFBAR for purchase. The agents proceeded to the KOV register for checkout. Agents used a Mastercard ending in 4775 for purchase amount of One Hundred Thirty-Three Dollars and Thirteen Cents ($133.13). At this time, agents exited the KOV store and proceeded back to the vehicle. Receipt, photos and video obtained by agents during the controlled purchase retained for evidentiary purposes and maintained in case file. See illustration below.


*Figure 5: Controlled Purchase #3 - Items*

7) Printed receipt reflects five (5) "Elf Bar 5000 Puffs Disposable Pineapple Coconut Ice" contrary to the above listed quantities of different flavored ELFBAR actually purchased. See illustration below.


*Figure 6: Controlled Purchase #3 - Receipt*

**CONTROLLED PURCHASE #4**

**MARCH 30, 2023 – 2100 hours**

8) On March 30th, 2023, at approximately 2100 hours, two confidential agents arrived a KOV store located at 26701 S Tamiami Trail, Unit 9, Bonita Springs, Florida 34135. Upon entry to the store, agents approached KOV staff seeking to obtain ELFBAR products.

9) Female agent then selected two (2) MIXED FRUITY flavored ELFBARS and one (1) CRANBERRY GRAPE flavored ELFBAR. Male agent selected one (1) RAINBOW CANDY flavored ELFBAR and one (1) SUNSET flavored ELFBAR. The KOV clerk and the agents proceeded the KOV register for checkout. Agents used a Discover card for purchase amount of One Hundred Thirty-Three Dollars and Thirteen Cents ($133.13). At this time, agents exited the KOV store and proceeded back to the vehicle. Receipt, photos and video obtained by agents during the controlled purchase retained for evidentiary purposes and maintained in case file.
See illustrations below.



*Figure 7: Controlled Purchase #4 - Items*



*Figure 8: Controlled Purchase #4 - Bank Screenshot*

**ADDITIONAL PHOTOS OF CONTROLLED PURCHASES**



Figure 9: Controlled Purchases #1, #2, #3 and #4 - Items



*Figure 10: Controlled Purchase #2, #3 and #4 - Items*