UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.:  9:22-cv-81576-AMC

VPR BRANDS, LP,

      Plaintiff,

v.

SHENZHEN WEIBOLI TECHNOLOGY CO. LTD. (ELF BAR), YLSN DISTRIBUTION LLC, ECTO WORLD LLC, SAFA GOODS LLC, D&A DISTRIBUTION LLC, UNISHOW (U.S.A.), INC., SV3 LLC, and KINGDOM VAPOR INC.,

      Defendants.

_____

### [proposed] ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF THIS COURT'S PRELIMINARY INJUNCTION ORDER ENTERED AT ECF 83

**THIS CAUSE** is before the Court upon the Motion of Plaintiff's for an Order to Show Cause why Defendants and Non-Parties, Orange Wholsesale, LLC (dba The King of Vape), Taher Shriteh, Haitham Shriteh, and Ahmed Shriteh, should not be held in contempt and sanctioned for failing to comply with this Court's preliminary injunction order issued on February 23, 2023 (ECF 83).  After reviewing the motion, declarations and evidence in support of the motion, the court finds good cause to grant the motion to require Defendants and Non-Parties, Orange Wholsesale, LLC (dba The King of Vape), Taher Shriteh, Haitham Shriteh, and Ahmed Shriteh to appear and show cause why they should not be held in contempt, including Taher Shriteh, Haitham Shriteh, and Ahmed Shriteh in their personal capacity and in their capacity as officers and agents of Defendat SAFA GOODS LLC, for failure to comply with the Preliminary

**SRIPLAW**
Cᴀʟɪꜰᴏʀɴɪᴀ ◆ Gᴇᴏʀɢɪᴀ ◆ Fʟᴏʀɪᴅᴀ ◆ Tᴇɴɴᴇssᴇᴇ ◆ Nᴇᴡ Yᴏʀᴋ

Injunction Order entered on February 23, 2023 whereby "Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them," were enjoined from "importing, distributing, advertising, marketing, or selling all ELFBAR e-cigarette products in the United States." Accordingly, it is hereby:

**ORDERED** that Defendants and Non-Parties, Orange Wholsesale, LLC (dba The King of Vape), Taher Shriteh, Haitham Shriteh, and Ahmed Shriteh, shall appear before the undersigned at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1 in Fort Pierce, Florida 34950 on _____ to show cause why they should not be held in contempt for failing to comply with the Preliminary Injunction Order.

The submissions establish that Non-Party Orange Wholsesale, LLC (dba The King of Vape) is owned and managed by non-parties, Taher Shriteh, Haitham Shriteh, and Ahmed Shriteh, who also own, manage and/or operate Defendant SAFA GOODS LLC.  Accordingly, it is further ordered that Plaintiff may serve a copy of this Order on Non-Parties, Orange Wholsesale, LLC (dba The King of Vape), Taher Shriteh, Haitham Shriteh, and Ahmed Shriteh  by registered mail or equivalent parcel service to ORANGE WHOLESALE LLC's place of business listed with the Florida Division of Corporations, located at 2231 Tamiami Trail, Port Charlotte, FL 33948, by e-mail to tshriteh@gmail.com, and by email to SAFA GOODS LLC's counsel of record as listed on the docket sheet in the matter.

**DONE AND ORDERED** in Fort Pierce, Florida, this ___ day of _____, 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE