UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 9:22-cv-81576

VPR BRANDS, LP,

       Plaintiff,

v.

SHENZHEN WEIBOLI TECHNOLOGY CO. LTD. (ELF BAR), YLSN DISTRIBUTION LLC, SAFA GOODS LLC, UNISHOW (U.S.A.), INC., SV3 LLC, KINGDOM VAPOR INC., ECTO WORLD LLC, D&A DISTRIBUTION LLC, TAHER SHRITEH, HAITHAM SHRITEH, AHMED SHRITEH, AND ORANGE WHOLESALE, LLC,

       Defendants and Non-Parties.

## JOINT NOTICE OF SETTLEMENT

Plaintiff VPR BRANDS, LP and Defendant SAFA GOODS LLC and Non-Parties TAHER SHRITEH, HAITHAM SHRITEH, AHMED SHRITEH, AND ORANGE WHOLESALE, LLC, by and through their undersigned counsel, and pursuant to Local Rule 16.2.F of the Southern District of Florida, hereby notify the Court that the parties have reached a settlement and request until May 21, 2023 in which to file a Stipulation of Dismissal of Defendant SAFA GOODS LLC ONLY.

Dated: April 21, 2023                                  Respectfully submitted,

*/s/ Joel B. Rothman*                                       */s/ Gregory S. Weiss*
JOEL B. ROTHMAN                                   GREGORY S. WEISS
Florida Bar Number: 98220                        Florida Bar Number: 163430
joel.rothman@sriplaw.com                         Gweiss@mrachek-law.com
LAYLA T. NGUYEN

<div style="columns:2">

Florida Bar Number: 1024723
layla.nguyen@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Vpr Brands, Lp*

**MRACHEK, FITZGERALD, ROS, KONOPKA, THOMAS & WEISS, P.A.**
505 South Flagler Drive
Suite 600
West Palm Beach, FL 33401
561.655.2250 - Telephone
561.655.5537 - Facsimile

*Counsel for Defendant Safa Goods LLC and Non-Parties Taher Shriteh, Haitham Shriteh, Ahmed Shriteh, and Orange Wholesale, LLC*

</div>