UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81576-CIV-CANNON/Reinhart
22-81977-CIV-CANNON

**VPR BRANDS, LP**,

    Plaintiff,

v.

**SHENZHEN WEIBOLI TECHNOLOGY CO. LTD. et al.**,

    Defendants.
_____/

**VPR BRANDS, LP**,

    Plaintiff,

v.

**IMIRACLE HK LIMITED** and
**HEAVEN GIFTS INTERNATIONAL LIMITED**,

    Defendants.
_____/

## ORDER FOLLOWING SHOW CAUSE HEARING

**THIS CAUSE** comes before the Court following a Show Cause Hearing held on April 21, 2023 [ECF No. 140]. The hearing was scheduled to address Plaintiff's Motion for Civil Contempt against Defendant Safa Goods LLC and non-parties Orange Wholesale LLC, Haitham Shriteh, Ahmed Shriteh, and Taher Shriteh [ECF No. 121]. At the start of the hearing, the relevant parties notified the Court that they had reached a negotiated settlement to resolve the matter of civil contempt and also to dismiss Defendant Safa Goods from the action [ECF No. 121]. In light of that resolution, and as stated in open court, it is hereby

**ORDERED AND ADJUDGED** as follows:

CASE No. 22-81576-CIV-CANNON/Reinhart
22-81977-CIV-CANNON

1. Plaintiff shall have until **April 26, 2023**, to submit a proposed order detailing the requested expansion of the scope of the Court's Preliminary Injunction Order [ECF No. 83], along with an accompanying memorandum of law.

2. Defendants shall have **seven calendar days** following receipt of Plaintiff's motion to file any response.

3. The Court's Amended Scheduling Order, filed contemporaneously with this Order in the consolidated action, accelerates the deadline for completion of mediation to August 15, 2023.

4. Any further motion by the remaining Defendants to vacate the preliminary injunction is due on or before **April 28, 2023**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of April 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record

2