UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.:  9:22-cv-81576-AMC and 22-cv-81977-AMC

CONSOLIDATED CASES

VPR BRANDS, LP,

    Plaintiff,

v.

SHENZHEN WEIBOLI TECHNOLOGY CO. LTD., et al.,

    Defendants.

---

VPR BRANDS, LP,

    Plaintiff,

v.

IMIRACLE HK LIMITED and HEAVEN GIFTS INTERNATIONAL LIMITED,

    Defendants.

---

### [Proposed] ORDER

This matter is before the Court on Defendant / Counterclaim Plaintiff Imiracle (HK) Limited's Motion for Preliminary Injunction (ECF No. __), pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65. On _____, the Court held a hearing on the Motion.

The Court, having considered the Motion, any Opposition thereto, and the testimony heard at the hearing, and having found good cause therefor, hereby **ORDERS AND ADJUDGES** that the motion is **GRANTED** and a preliminary injunction is entered as follows:

1. Plaintiff / Counterclaim Defendant VPR Brands, LP and Counterclaim Defendant ELF Brand LLC, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them, and all persons who receive actual notice of this preliminary injunction, are enjoined and restrained from:

   a. Importing, distributing, advertising, marketing, licensing, or selling all ELF and ELFBAR e-cigarette products in the United States; and

   b. Using Imiracle's ELF trademark, any design that looks substantially similar to Imiracle's ELF trademark, or any mark confusingly similar to Imiracle's ELF trademark in connection with the importation, distribution, advertising, marketing, licensing, or sale of any e-cigarette product in the United States.

2. Counterclaim Defendants shall immediately cease fulfillment of any order or sale of ELF or ELFBAR e-cigarette products.

3. Counterclaim Defendants shall immediately sequester all inventories of any ELF or ELFBAR e-cigarette products in their possession, custody, or control, and hold such goods in trust for the Court during the pendency of this action.

4. Within fourteen (14) days of entry of this Order, Counterclaim Defendants shall provide to Imiracle and the Court a full and complete written accounting of all ELF or ELFBAR e-cigarette products in Counterclaim Defendants' possession, custody, or control.

5. Within fourteen (14) days of entry of this Order, Counterclaim Defendants shall provide a written accounting to Imiracle of all revenues and profits realized from Counterclaim Defendants' use of the ELF mark.

6. Within two (2) business days of entry of this Order, Counterclaim Defendants shall provide a copy of this preliminary injunction Order to all persons to whom Counterclaim

Defendants have licensed the ELF or ELFBAR marks and to all persons who purchased ELF or ELFBAR e-cigarette products from Counterclaim Defendants in the United States or for distribution in the United States, by electronic mail or other means calculated to give actual notice to such persons, and each Counterclaim Defendant shall certify its compliance with this directive within seven (7) days of receipt of this Court's Order.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this _____ day of May _____, 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE