## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO. 22-81576-CIV-CANNON/Reinhart
### 22-62373-CIV-CANNON
### 22-81977-CIV-CANNON

**VPR BRANDS, LP**,

  Plaintiff,

v.

**SHENZHEN WEIBOLI TECHNOLOGY
CO. LTD. et al.**,

  Defendants.

_____/

**VPR BRANDS, LP**,

  Plaintiff,

v.

**SHEZHEN IMIRACLE
TECHNOLOGY CO. LTD. et al.**,

  Defendants.

_____/

**VPR BRANDS, LP**,

  Plaintiff,

v.

**IMIRACLE HK LIMITED** and
**HEAVEN GIFTS INTERNATIONAL LIMITED**,

  Defendants.

_____/

CASE NO. 22-81576-CIV-CANNON/Reinhart
22-62373-CIV-CANNON
22-81977-CIV-CANNON

**<u>ORDER STAYING CASE PENDING APPEAL</u>**

**THIS CAUSE** comes before the Court sua sponte.  The Court has conducted a full review of the record and the pending motions.  In the interest of ensuring a coherent resolution of the issues raised in the consolidated cases, the Court hereby exercises its discretion to temporarily stay this matter, **as indicated below**, pending the Federal Circuit's resolution of Defendant's appeal of the Court's Preliminary Injunction Order ("PI Order") [ECF No. 85].  As the record reflects, Defendants' pending motions related to the PI Order, though styled as requests for different forms of relief, all reduce at least in part to an attempt by Defendants to attack and undo the Court's PI Order entered on February 23, 2023 [ECF No. 83].  That order has been the subject of an unsuccessful motion for reconsideration filed by one Defendant [ECF Nos. 107, 127] and is currently the subject of a pending appeal before the Federal Circuit [ECF No. 85].  While Defendants now argue that an apparent assignment of trademark rights effectuated in late March 2023, after entry of the PI Order, provides a basis to vacate the PI Order and entitles counter-Plaintiff to a separate preliminary injunction against Plaintiff VPR Brands LP [ECF No. 144 (motion to vacate PI Order); ECF No. 161 (motion for preliminary injunction against Plaintiff)], the Court does not find a basis at this time, upon review of the record and given the pending appeal, to vacate its PI Order or to enter a preliminary injunction order against Plaintiff.  **The Court's PI Order [ECF No. 83] remains in effect**.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  This matter is **TEMPORARILY STAYED** pending resolution of Defendants' appeal of the Court's Preliminary Injunction Order [ECF No. 85].

2.  The hearing scheduled for May 26, 2023, 9:00 AM [ECF No. 155] is **CANCELLED**.

CASE NO. 22-81576-CIV-CANNON/Reinhart
22-62373-CIV-CANNON
22-81977-CIV-CANNON

3. The Court **DENIES AS MOOT** Defendants' and Counterclaim Plaintiff's Unopposed Motion for Consolidated Evidentiary Hearing on Three Pending Motions [ECF No. 164, 22-cv-81576].

4. All parties in the consolidated cases remain subject to the Court's Order Scheduling Mediation [ECF No. 162] and must attend mediation **in-person** on July 27, 2023, 9:00 A.M.

5. Following the resolution of the pending appeal, all parties shall jointly file a Joint Status Report setting forth the status of the consolidated actions and the parties' proposed deadlines for timely resolution of this proceeding.

6. The Court's Preliminary Injunction Order [ECF No. 83] **remains in effect**.

7. The Court hereby **RESERVES RULING** on the following pending Motions:

   a. Defendants' Consolidated Motion to Dismiss [ECF No. 80, 22-cv-81576];

   b. Defendants' Consolidated Motion to Dismiss [ECF No. 28, 22-cv-62373]

   c. **No re-briefing of these Motions will be permitted.**

8. The Court hereby **DENIES WITHOUT PREJUDICE** the following pending Motions:

   a. Plaintiff's Motion for Preliminary Injunction [ECF No. 20, 22-cv-81977];

   b. Defendants' Motion to Dissolve or Vacate Preliminary Injunction, or in the Alternative, to Increase Security [ECF No. 144, 22-cv-81576];

   c. Defendant/Counterclaim Plaintiff iMiracle (HK) Limited's Motion for Preliminary Injunction [ECF No. 161, 22-cv-81576].

CASE NO. 22-81576-CIV-CANNON/Reinhart
22-62373-CIV-CANNON
22-81977-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of May 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

4