UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-81576-CIV-CANNON/Reinhart
22-62373-CIV-CANNON
22-81977-CIV-CANNON

VPR BRANDS, LP,

      Plaintiff,

v.

SHENZHEN WEIBOLI TECHNOLOGY CO. LTD., et al.,

      Defendants.
_____/

VPR BRANDS, LP,

      Plaintiff,

v.

IMIRACLE HK LIMITED and HEAVEN GIFTS INTERNATIONAL LIMITED,

      Defendants.
_____/

VPR BRANDS, LP,

      Plaintiff,

v.

SHENZHEN IMIRACLE TECHNOLOGY CO., LTD., YLSN DISTRIBUTION LLC, ECTO WORLD LLC, SAFA GOODS, LLC D&A DISTRIBUTION LLC, UNISHOW (U.S.A.), INC., SV3 LLC, and KINGDOM VAPOR INC.,

      Defendants.
_____/

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, hereby provide this Court with their status report as ordered (ECF 184), and state as follows:

On August 21, 2024, the U.S. Court of Appeals for the Federal Circuit vacated this court's decision granting plaintiff's motion for preliminary injunction, and remanded this action "to reconsider Weiboli's unlawful-use defense in a manner consistent with our decision and reevaluate VPR's motion for a preliminary injunction."

At the time the appeal was taken, the following motions were pending:

- Defendants' Motions to Dismiss in three consolidated cases.
    - Case No. 9:22-cv-81576 (ECF 80)
    - Case No 0:22-cv-62373 (ECF 28)
    - Case No. 9:22-cv-81977 (ECF 26)

At the time the appeal was taken, the following injunction-related motions had recently been denied without prejudice:

- Defendant/Counterclaim Plaintiff Imiracle (HK) Limited's Motion for Preliminary Injunction (ECF 161)
- Defendants' Motion to Dissolve Preliminary Injunction or, alternatively, to increase security (ECF 144)
- Plaintiff's Motion for a Preliminary Injunction in Case No. 9:22-cv-81977 (ECF 20)

At the time the appeal was taken, Plaintiff had not responded to Defendant/Counterclaim Plaintiff Imiracle HK Limited's Counterclaim (ECF 149).

The Case Management Plan/Schedule in this case is outdated and depending upon the Court's determination how to move forward, it may need to be updated.

Plaintiff is considering how to proceed on remand. Plaintiff believes that a conference with the Court and all parties would be beneficial so that the parties can consider the Court's view on how the case should proceed on remand in view of the Federal Circuit's opinion. Plaintiff believes that an in person or remote video conference of one hour or less would be sufficient.

Defendants concur that a short conference with the Court and Plaintiff would be beneficial to consider how the case should proceed on remand and so that an appropriate schedule can be determined.

Dated: September 13, 2024  Respectfully Submitted,

*/s/ Joel Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.Rothman@sriplaw.com
LAYLA T. NGUYEN
Florida Bar Number: 1024723
Layla.Nguyen@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
(561) 404-4350 – Telephone
(561) 404-4353 – Facsimile

*Counsel for Plaintiff VPR Brands, LP*

*/s/ Tucker Motta*
TUCKER C. MOTTA
Florida Bar Number: 112659
Tucker.Motta@mhllp.com
**MCDOWELL HETHERINGTON LLP**
2385 N.W. Executive Center Drive, Suite 400
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 – Fax

Eric N. Heyer (admitted *pro hac vice*)
Meixuan (Michelle) Li (admitted *pro hac vice*)
Joseph A. Smith (admitted *pro hac vice*)
Anna Stressenger (admitted *pro hac vice*)
Krupa A. Patel (admitted *pro hac vice*)

**THOMPSON HINE LLP**
1919 M Street, NW, Suite 700
Washington, DC 20036
Phone: 202.331.8800
Fax: 202.331.8330
eric.heyer@thompsonhine.com
michelle.li@thompsonhine.com
joseph.smith@thompsonhine.com
anna.stressenger@thompsonhine.com
krupa.patel@thompsonhine.com

*Counsel for Defendants*