IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-81576-CIV-CANNON/Reinhart
22-62373-CIV-CANNON
22-81977-CIV-CANNON

**VPR BRANDS, LP,**

    Plaintiff

v.

**SHENZHEN WEIBOLI TECHNOLOGY CO. LTD., et al,**

    Defendants.

_____

**VPR BRANDS, LP,**

    Plaintiff,

v.

**IMIRACLE HK LIMITED and HEAVEN GIFTS INTERNATIONAL LIMINTED,**

    Defendants.

_____

**VPR BRANDS, LP,**

    Plaintiff,

v.

**SHENZHEN IMIRACLE TECHNOLOGY CO., LTD., YLSN DISTRIBUTION LLC, ECTO WORLD LLC, SAFA GOODS, LLC D&A DISTRIBUTION LLC, UNISHOW (U.S.A.) INC., SV3 LLC, and KINGDOM VAPOR, INC.**

    Defendants.
_____

1

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Woodrow H. Pollack of Shutts & Bowen, LLP, files his Notice of Appearance as co-counsel for Defendants, Shenzhen Weiboli Technology Co., Ltd., Heaven Gifts International Limited, iMiracle (HK) Limited, and Shenzhen iMiracle Technology Co. Ltd., the above-styled actions.

April 29, 2025

/s/ *Woodrow H. Pollack*
Woodrow H. Pollack
Florida Bar No. 26802
Brian Paul
Florida Bar No. 1018684
**SHUTTS & BOWEN, LLP**
4301 W Boy Scout Blvd
Suite 300
Tampa, FL 33607
(813) 463-4894
wpollack@shutts.com
bpaul@shutts.com

Jodi-Ann Tillman
Fla. Bar No. 1022214
**SHUTTS & BOWEN LLP**
201 East Las Olas Boulevard
Suite 2200
Fort Lauderdale, Florida 33301
jtillman@shutts.com
(954) 524-5505

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2025 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.

/s/ *Woodrow H. Pollack*
Woodrow H. Pollack