UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-81576-CIV-CANNON/Reinhart
22-62373-CIV-CANNON
22-81977-CIV-CANNON

VPR BRANDS, LP,

       Plaintiff,

v.

SHENZHEN WEIBOLI TECHNOLOGY CO. LTD., et al.,

       Defendants.
_____

VPR BRANDS, LP,

       Plaintiff,

v.

IMIRACLE HK LIMITED and HEAVEN GIFTS INTERNATIONAL LIMITED,

       Defendants.
_____

VPR BRANDS, LP,

       Plaintiff,

v.

SHENZHEN IMIRACLE TECHNOLOGY CO., LTD., YLSN DISTRIBUTION LLC, ECTO WORLD LLC, SAFA GOODS, LLC D&A DISTRIBUTION LLC, UNISHOW (U.S.A.), INC., SV3 LLC, and KINGDOM VAPOR INC.,

       Defendants.
_____

## CORRECTED JOINT STATUS REPORT CONCERNING MEDIATION OR SETTLEMENT CONFERENCE

The parties, by and through their undersigned counsel, meaningfully conferred and jointly file this status report indicating the parties' position regarding referral to a Magistrate Judge for a settlement conference or continued mediation with a private mediator. The parties are unable to agree on the matter. Plaintiff favors a Magistrate Judge for a settlement conference in the near future. Defendants favor continued mediation with a private mediator after discovery has meaningfully advanced.

Dated: May 19, 2025                                                          Respectfully Submitted,

| | |
|---|---|
| */s/ Joel Rothman* | */s/ Woodrow H. Pollack* |
| JOEL B. ROTHMAN | Woodrow H. Pollack |
| Florida Bar Number: 98220 | Florida Bar No. 26802 |
| Joel.Rothman@sriplaw.com | Brian Paul |
| LAYLA T. NGUYEN | Florida Bar No. 1018684 |
| Florida Bar Number: 1024723 | Jodi-Ann Tillman |
| Layla.Nguyen@sriplaw.com | Florida Bar No. 1022214 |
| **SRIPLAW, P.A.** | **SHUTTS & BOWEN, LLP** |
| 21301 Powerline Road | 4301 W Boy Scout Blvd |
| Suite 100 | Suite 300 |
| Boca Raton, FL 33433 | Tampa, FL 33607 |
| (561) 404-4350 – Telephone | (813) 463-4894 |
| (561) 404-4353 – Facsimile | wpollack@shutts.com |
| | bpaul@shutts.com |
| *Counsel for Plaintiff VPR Brands, LP* | jtillman@shutts.com |
| | |
| | *Counsel for Defendants Shenzhen Weiboli Technology Co. Ltd., Heaven Gifts International Limited, iMiracle (HK) Limited and Shenzhen iMiracle Technology Co. Ltd.* |
| | |
| | MCDOWELL HETHERINGTON LLP |
| | Attorneys for Defendants |
| | 2385 N.W. Executive Center Drive, Suite 400 |
| | Boca Raton, FL 33431 |
| | (561) 994-4311 |
| | (561) 982-8985 fax |

By: *s/ Darren M. Goldman*
DARREN M. GOLDMAN
Fla. Bar No. 0088638
darren.goldman@mhllp.com

Eric N. Heyer (admitted *pro hac vice*)
Meixuan (Michelle) Li (admitted *pro hac vice*)
Joseph A. Smith (admitted *pro hac vice*)
Anna Stressenger (admitted *pro hac vice*)
Krupa A. Patel (admitted *pro hac vice*)

**THOMPSON HINE LLP**
1919 M Street, NW, Suite 700
Washington, DC 20036
Phone: 202.331.8800
Fax: 202.331.8330
eric.heyer@thompsonhine.com
michelle.li@thompsonhine.com
joseph.smith@thompsonhine.com
anna.stressenger@thompsonhine.com
krupa.patel@thompsonhine.com

*Counsel for All Defendants*