**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.    22-81576-CIV-CANNON/Reinhart**
**22-62373-CIV-CANNON**
**22-81977-CIV-CANNON**

VPR BRANDS, LP,

      Plaintiff

v.

SHENZHEN WEIBOLI TECHNOLOGY CO.
LTD., et al,

      Defendants.

_____

VPR BRANDS, LP,

      Plaintiff,

v.

IMIRACLE HK LIMITED and HEAVEN
GIFTS INTERNATIONAL LIMITED,

      Defendants.

_____

VPR BRANDS, LP,

      Plaintiff,

v.

SHENZHEN IMIRACLE TECHNOLOGY
CO., LTD., YLSN DISTRIBUTION LLC,
ECTO WORLD LLC,
D&A DISTRIBUTION LLC, UNISHOW (U.S.A.)
INC., SV3 LLC, and KINGDOM VAPOR, INC.

      Defendants.

_____

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, VPR BRANDS, LP, and Defendants, SHENZHEN WEIBOLI TECHNOLOGY CO. LTD., SHENZHEN IMIRACLE TECHNOLOGY CO. LTD., IMIRACLE HK LIMITED, HEAVEN GIFTS INTERNATIONAL LIMITED, YLSN DISTRIBUTION LLC, ECTO WORLD LLC, D&A DISTRIBUTION LLC, UNISHOW (U.S.A.), INC., SV3 LLC, and KINGDOM VAPOR INC. (collectively, "Defendants"), and Counter-Defendants ELF GROUP, LLC and ELF BRAND, LLC (collectively, "Counter-Defendants") (hereinafter referred to as "the Parties"), hereby stipulate as follows:

1. All claims and counterclaims asserted by any party in this consolidated action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. Each party shall bear its own attorneys' fees and costs.

Dated:  February 11, 2026                              Respectfully submitted,

/s/ Joel B. Rothman                                    /s/ Brian Paul
Joel B. Rothman                                        Brian Paul
Florida Bar Number: 98220                              Florida Bar No. 1018684
Joel.Rothman@sriplaw.com                               Woodrow H. Pollack
Layla T. Nguyen                                        Florida Bar No. 26802
Florida Bar Number: 1024723                            Jodi-Ann Tillman
Layla.Nguyen@sriplaw.com                               Florida Bar No. 1022214

**SRIPLAW, P.A.**                                      **SHUTTS & BOWEN, LLP**
21301 Powerline Road                                   4301 W Boy Scout Blvd
Suite 100                                              Suite 300
Boca Raton, FL 33433                                   Tampa, FL 33607
(561) 404-4350 – Telephone                             (813) 463-4894
(561) 404-4353 – Facsimile                             wpollack@shutts.com
                                                       bpaul@shutts.com
*Counsel for Plaintiff VPR Brands, LP and*             jtillman@shutts.com
*Counter-Defendants Elf Group LLC and Elf*
*Brand LLC*                                            *Counsel for Defendants Shenzhen Weiboli*
                                                       *Technology Co. Ltd., Heaven Gifts*

*International Limited, iMiracle (HK) Limited and Shenzhen iMiracle Technology Co. Ltd*

*/s/ Darren M. Goldman*
Darren M. Goldman
Fla. Bar No. 0088638
darren.goldman@mhllp.com
**MCDOWELL HETHERINGTON LLP**
2385 N.W. Executive Center Drive, Ste. 400
Boca Raton, FL 33231
Phone: (561) 994-4311
Fax: (561) 982-8985

Eric N. Heyer (admitted pro hac vice)
Carrie A. Shufflebarger (pro hac vice)
Meixuan (Michelle) Li (pro hac vice)
Joseph A. Smith (pro hac vice)
Anna M. Stressenger (pro hac vice)
Krupa A. Patel (pro hac vice)

**THOMPSON HINE LLP**
1919 M Street, NW, Ste. 700
Washington, DC 20036
Phone: (202) 331-8800
Fax: (202) 331-8330
eric.heyer@thompsonhine.com
carrie.shufflebarger@thompsonhine.com
michelle.li@thompsonhine.com
joe.smith@thompsonhine.com
anna.stressenger@thompsonhine.com
krupa.patel@thompsonhine.com

*Counsel for Defendants Shenzhen Weiboli Technology Co. Ltd., Shenzhen iMiracle Technology Co. Ltd., iMiracle HK Limited, Heaven Gifts International Limited, YLSN Distribution LLC, Ecto World LLC, D&A Distribution LLC, Unishow (U.S.A.), Inc., SV3 LLC, and Kingdom Vapor Inc.*